# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,                                 Hon.:

    v.                                       Court No.:

WIDEVAN SILVA CONSTRUCTION, INC.,

    Defendants,

---

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, represented by and through its attorney John Postl in the District of Massachusetts states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury"). The debt was referred to Treasury in accordance with the Debt Collection Improvement Act of 1996. (DCIA) (31 U.S.C. § 3701 et seq.)

3. Defendant Widevan Silva Construction, Inc., is a Massachusetts business whose last know address is in Lowell, MA.

4. On January 24, 2019, Widevan Silva Construction, Inc. was issued a Citation and Notification of Penalty for violations of the Occupational Safety and Health Act of 1970 which occurred on or about October 01, 2018. See Exhibit "A" attached hereto and incorporated herein.

5. On January 24, 2019, the Occupational Safety and Health Administration (herein after "OSHA") also sent an invoice/debt collection notice to the Defendant providing a summary of the total proposed penalties issued against the Defendant. The penalties totaled $3,978.00 and were to be paid within 30 days. See Exhibit "B" attached hereto and incorporated herein.

6. On June 17, 2019, OSHA sent a demand letter seeking payment for the total amount of $3,991.32, which included interest and administrative fees. See Exhibit "C" attached hereto and incorporated herein.

7. The Defendant is indebted to the United States in the amount of $5,689.26, plus interest, penalties and fees through March 5, 2020, plus administrative, penalty, court costs and continuing interest of 2.00% annually and an annual penalty rate of 6.00%. See Exhibit "D" (Debt 2) attached hereto and incorporated herein.

8. The Defendant has failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE, the United States demands judgment against the Defendant in the principal amount of $3,978.00; plus interest in the amount of $66.74; plus administrative fees in the amount of $1,464.20 and penalty charges in the amount of $180.32 for a total of $5,689.26.

Respectfully submitted,

Dated: 3/13/20

By: s/John Postl
Attorney for Plaintiff
81 South Fifth Street, Ste. 200
Columbus, Ohio 43215
Phone: (614) 674-6852
Email: jpostl@schuergerlaw.com
Admitted in Massachusetts - 567729